**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**
**GRAND RAPIDS DIVISION**

In re:                                          §          Case No. 08-09141
                                                §
PATRICK BRIAN SCULLY                            §
MARY ELLEN SCULLY                               §
                                                §
                       Debtor(s)                §

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1.  The debtor(s) filed a petition under chapter 7 of the United States Bankruptcy Code on 10/15/2008. The undersigned trustee was appointed on _____.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor(s) as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                                    $6,553.40

                    Funds were disbursed in the following amounts:

                    Administrative expenses                                      $8.20
                    Payments to creditors                                        $0.00
                    Non-estate funds paid to 3rd Parties                    $0.00
                    Payments to the debtor(s)                                    $0.00

                    Leaving a balance on hand of[1]                          $6,545.20

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of additional interest

6.  The deadline for filing claims in this case was 03/03/2010.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,405.34.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,405.34, for a total compensation of $1,405.34.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/30/2010                          By:    /s/ Lisa E. Gocha
                                                 Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TFR (9/1/2009)

**FORM**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:   1          Exhibit A

| | |
|---|---|
| Case No.: | 08-09141 |
| Case Name: | SCULLY, PATRICK BRIAN AND SCULLY, MARY ELLEN |
| For the Period Ending: | 3/30/2010 |

| | |
|---|---|
| Trustee Name: | Lisa E. Gocha |
| Date Filed (f) or Converted (c): | 10/15/2008 (f) |
| §341(a) Meeting Date: | 11/24/2008 |
| Claims Bar Date: | 03/03/2010 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Ref. # | | | | | | |
| 1 | 6722 Echo Lake Drive, Baldwin, MI 49304; PP#43-13-715-007-00;  11/24/07  appraised value $278,000 | $255,000.00 | $0.00 | DA | $0.00 | FA |
| 2 | 3027 Ridge Port Drive, NW, Grand Rapids, MIMI 49544; PP#41-09-33-125-002; 2008 SEV $215,500 | $364,500.00 | $0.00 | DA | $0.00 | FA |
| 3 | 2505 Longmeadow St., NW Grand Rapids, PP#41-13-09-476-027 SHERIFF'S DEED RECORDED 09/19/2008 | $125,695.71 | $0.00 | DA | $0.00 | FA |
| 4 | 1517 Arch Street, Marne, MI 49435 PP#70-06-35-306-015-SHERIFF'S DEED RECORDED 10/15/08 | $111,209.20 | $0.00 | DA | $0.00 | FA |
| 5 | Cash on hand Location: In debtor's possession | $95.00 | $0.00 | DA | $0.00 | FA |
| 6 | Chemical Bank Checking Account | $26.85 | $0.00 | DA | $0.00 | FA |
| 7 | Chemical Bank Checking Account | $563.20 | $0.00 | DA | $0.00 | FA |
| 8 | Lake MI Credit Union Checking/Savings Accounts | $95.00 | $0.00 | DA | $0.00 | FA |
| 9 | Cottage Furnishings Location: In debtor's possession | $3,000.00 | $0.00 | DA | $0.00 | FA |
| 10 | Household Goods and Furnishings; 3 dogs Location: In debtor's possession | $9,500.00 | $0.00 | DA | $0.00 | FA |
| 11 | Wearing apparel Location: In debtor's possession | $1,000.00 | $0.00 | DA | $0.00 | FA |
| 12 | Wedding Rings Location: In debtor's possession | $2,000.00 | $0.00 | DA | $0.00 | FA |
| 13 | Statewide DLM, Inc. Retirement Plan - Mary Ellen Scully | $3,876.85 | $0.00 | DA | $0.00 | FA |
| 14 | Statewide DLM, Inc. Retirement Plan - Patrick Scully | $4,533.44 | $0.00 | DA | $0.00 | FA |
| 15 | Scully Leasing of Marne, LLC- Patrick 70% membership interest | $1.00 | $0.00 | DA | $0.00 | FA |

FORM

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES**

Page No: 2          Exhibit A

| Case No.: | 08-09141 | Trustee Name: | Lisa E. Gocha |
|---|---|---|---|
| Case Name: | SCULLY, PATRICK BRIAN AND SCULLY, MARY ELLEN | Date Filed (f) or Converted (c): | 10/15/2008 (f) |
| For the Period Ending: | 3/30/2010 | §341(a) Meeting Date: | 11/24/2008 |
| | | Claims Bar Date: | 03/03/2010 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 16 | Scully Properties of Marne, LLC - 2505 Long Meadow St., NW Grand Rapids, MI; 11/09/2006 Land Contract w/ Matthew Aaron Washburn- VACATED Patrick 100% membership interest | $1.00 | $0.00 | DA | $0.00 | FA |
| 17 | Scully/Statewide Transportation Inc. 1,00 shares issued 12/5/2007 | $1.00 | $0.00 | DA | $0.00 | FA |
| 18 | Statewide DLM, Inc. owns 1,000 shares of Statewide Delivery, Inc. and Statewide Logistics, Inc. issued 1/06/2004 - Mary Ellen holds 38% interest | $1.00 | $0.00 | DA | $0.00 | FA |
| 19 | Statewide DLM, Inc. owns 1,000 shares of Statewide Delivery, Inc. and Statewide Logistics, Inc. issued 1/06/2004 - Patrick holds 52% interest | $1.00 | $0.00 | DA | $0.00 | FA |
| 20 | Bluegreen Vacation Club- The Fountains Resort 12400 S International Dr., Orlando, FL-7703XFN | $15,000.00 | $521.00 | DA | $0.00 | FA |
| 21 | Grand Mayan Blue GreenTime Share in Puerto Vallarta, Mexico | $28,000.00 | $0.00 | DA | $0.00 | FA |
| 22 | Scully Transportation Consulting, LLC - MaryEllen 50% member 1/18/2008 | $1.00 | $0.00 | DA | $0.00 | FA |
| 23 | Scully Transportation Consulting, LLC - Patrick 50% member 1/18/2008 | $1.00 | $0.00 | DA | $0.00 | FA |
| 24 | 2007 JJN Enterprise Trailer Location: In debtor's possession | $500.00 | $0.00 | DA | $0.00 | FA |
| 25 | 2005 Suburban Location: In debtor's possession | $15,000.00 | $0.00 | DA | $0.00 | FA |
| 26 | 1978 Crestline Pontoon Location: In debtor's possession | $500.00 | $0.00 | DA | $0.00 | FA |
| 27 | 2004 Indmar Boat Trailer for Mastercraft Location: In debtor's possession | $3,000.00 | $3,000.00 | DA | $0.00 | FA |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No:    3              Exhibit A

| | |
|---|---|
| Case No.: | 08-09141 |
| Case Name: | SCULLY, PATRICK BRIAN AND SCULLY, MARY ELLEN |
| For the Period Ending: | 3/30/2010 |

| | |
|---|---|
| Trustee Name: | Lisa E. Gocha |
| Date Filed (f) or Converted (c): | 10/15/2008 (f) |
| §341(a) Meeting Date: | 11/24/2008 |
| Claims Bar Date: | 03/03/2010 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. DA=§ 554(c) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 28 | 2004 Mastercraft X10 (#19MB92U1442000107) Location: 10/08 repo'd by M&W for RefinedMrktrs | $25,000.00 | $25,000.00 | DA | $0.00 | FA |
| 29 | Inheritance | $13,600.00 | $6,623.70 | | $6,552.36 | FA |
| INT | Interest Earned                    (u) | Unknown | Unknown | | $1.04 | FA |

| | | | | | | |
|---|---|---|---|---|---|---|
| TOTALS (Excluding unknown value) | | | | | | Gross Value of Remaining Assets |
| | | $981,702.25 | $35,144.70 | | $6,553.40 | $0.00 |

**Major Activities affecting case closing:**
  Possible Inheritance

Initial Projected Date Of Final Report (TFR):    05/01/2010          Current Projected Date Of Final Report (TFR):    05/01/2010

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No. | 08-09141 |
| Case Name: | SCULLY, PATRICK BRIAN AND SCULLY, MARY ELLEN |
| Primary Taxpayer ID #: | ******5962 |
| Co-Debtor Taxpayer ID #: | ******5963 |
| For Period Beginning: | 10/15/2008 |
| For Period Ending: | 3/30/2010 |

| | |
|---|---|
| Trustee Name: | Lisa E. Gocha |
| Bank Name: | Sterling Bank |
| Checking Acct #: | ******9141 |
| Account Title: | |
| Blanket bond (per case limit): | $1,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/29/2010 | | Transfer From: Patrick Scully # 8195089141 | Transfer to Close Account | 9999-000 | $6,545.20 | | $6,545.20 |

| | | | | |
|---|---|---|---|---|
| | **TOTALS:** | $6,545.20 | $0.00 | $6,545.20 |
| | **Less: Bank transfers/CDs** | $6,545.20 | $0.00 | |
| | **Subtotal** | $0.00 | $0.00 | |
| | **Less: Payments to debtors** | $0.00 | $0.00 | |
| | **Net** | $0.00 | $0.00 | |

**For the period of 10/15/2008 to 3/30/2010**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $6,545.20 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/29/2010 to 3/30/2010**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $6,545.20 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 08-09141 | | Trustee Name: | Lisa E. Gocha |
|---|---|---|---|---|
| Case Name: | SCULLY, PATRICK BRIAN AND SCULLY, MARY ELLEN | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******5962 | | Money Market Acct #: | ******9141 |
| Co-Debtor Taxpayer ID #: | ******5963 | | Account Title: | Patrick Scully |
| For Period Beginning: | 10/15/2008 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 3/30/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/01/2009 | (29) | J. Stephen Marshall | | 1129-000 | $6,552.36 | | $6,552.36 |
| 12/31/2009 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.26 | | $6,552.62 |
| 01/06/2010 | 1 | MRSC | Bond Payment | 2300-000 | | $8.20 | $6,544.42 |
| 01/29/2010 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.28 | | $6,544.70 |
| 02/26/2010 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.25 | | $6,544.95 |
| 03/29/2010 | (INT) | Sterling Bank | Account Closing Interest As Of 3/29/2010 | 1270-000 | $0.25 | | $6,545.20 |
| 03/29/2010 | | Transfer To: # 7195089141 | Transfer to Close Account | 9999-000 | | $6,545.20 | $0.00 |
| | | | **TOTALS:** | | $6,553.40 | $6,553.40 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $6,545.20 | |
| | | | **Subtotal** | | $6,553.40 | $8.20 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $6,553.40 | $8.20 | |

| For the period of  10/15/2008 to 3/30/2010 | | For the entire history of the account between 12/01/2009 to 3/30/2010 | |
|---|---|---|---|
| Total Compensable Receipts: | $6,553.40 | Total Compensable Receipts: | $6,553.40 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,553.40 | Total Comp/Non Comp Receipts: | $6,553.40 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $8.20 | Total Compensable Disbursements: | $8.20 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $8.20 | Total Comp/Non Comp Disbursements: | $8.20 |
| Total Internal/Transfer Disbursements: | $6,545.20 | Total Internal/Transfer Disbursements: | $6,545.20 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 08-09141 | | Trustee Name: | Lisa E. Gocha |
|---|---|---|---|---|
| Case Name: | SCULLY, PATRICK BRIAN AND SCULLY, MARY ELLEN | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | ******5962 | | Money Market Acct #: | ******9141 |
| Co-Debtor Taxpayer ID #: | ******5963 | | Account Title: | Patrick Scully |
| For Period Beginning: | 10/15/2008 | | Blanket bond (per case limit): | $1,000,000.00 |
| For Period Ending: | 3/30/2010 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  |  |  | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | $6,553.40 | $8.20 | $6,545.20 |

**For the period of 10/15/2008 to 3/30/2010**

| | |
|---|---|
| Total Compensable Receipts: | $6,553.40 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,553.40 |
| Total Internal/Transfer Receipts: | $6,545.20 |
| | |
| Total Compensable Disbursements: | $8.20 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $8.20 |
| Total Internal/Transfer  Disbursements: | $6,545.20 |

**For the entire history of the case between  10/15/2008 to 3/30/2010**

| | |
|---|---|
| Total Compensable Receipts: | $6,553.40 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $6,553.40 |
| Total Internal/Transfer Receipts: | $6,545.20 |
| | |
| Total Compensable Disbursements: | $8.20 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $8.20 |
| Total Internal/Transfer  Disbursements: | $6,545.20 |

**CLAIM ANALYSIS REPORT**

| Case No. | 08-09141 | | | | Trustee Name: | Lisa E. Gocha |
|---|---|---|---|---|---|---|
| Case Name: | SCULLY, PATRICK BRIAN AND SCULLY, MARY ELLEN | | | | Date: | 3/30/2010 |
| Claims Bar Date: | 03/03/2010 | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | LISA E. GOCHA<br><br>675 E. 16th Street<br>Suite 260<br>Holland MI 49423 | 03/29/2010 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,405.34 | $1,405.34 | $0.00 | $0.00 | $0.00 | $1,405.34 |
| 1 | OTTAWA COUNTY TREASURER<br><br>12220 Fillmore St. Rm 155<br>West Olive MI 49460 | 10/22/2008 | Real Estate-Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $0.00 | $1,884.45 | $1,884.45 | $0.00 | $0.00 | $0.00 | $1,884.45 |
| 2 | YELLOW BOOK USA<br><br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Maryla nd 21094 | 11/26/2008 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,117.22 | $1,117.22 | $0.00 | $0.00 | $0.00 | $1,117.22 |
| 3 | COMDATA NETWORK INC<br>5301 Maryland Way<br>Brentwood TN 37027 | 01/07/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,100.08 | $3,100.08 | $0.00 | $0.00 | $0.00 | $3,100.08 |
| 4 | OTTAWA COUNTY TREASURER<br><br>12220 Fillmore St. Rm 155<br>West Olive MI 49460 | 04/07/2009 | Real Estate-Consensual Liens (mortgages, deeds of trust, PMSI) | Allowed | 4110-000 | $0.00 | $1,590.37 | $1,590.37 | $0.00 | $0.00 | $0.00 | $1,590.37 |
| * 5 | COOPERSVILLE AUTO SUPPLY<br><br>271 MAIN STREET<br>Coopersville MI 49404 | 12/11/2009 | Claims of Governmental Units--507(a)(8) | Disallowed | 5800-000 | $0.00 | $923.99 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | NAPA AUTO PARTS<br><br>32 NORTH MASON DRIVE<br>Coopersville MI 49404 | 12/11/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $8,467.24 | $8,467.24 | $0.00 | $0.00 | $0.00 | $8,467.24 |
| 7 | REFINED MARKETERS, INC.<br>0-305 LAKE MICHIGAN DRIVE NW<br>Grand Rapids MI 49544 | 12/11/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $121,451.01 | $121,451.01 | $0.00 | $0.00 | $0.00 | $121,451.01 |

* There is an objection filed for this claim

**CLAIM ANALYSIS REPORT**

| Case No. | 08-09141 | | Trustee Name: | Lisa E. Gocha |
|---|---|---|---|---|
| Case Name: | SCULLY, PATRICK BRIAN AND SCULLY, MARY ELLEN | | Date: | 3/30/2010 |
| Claims Bar Date: | 03/03/2010 | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | FIFTH THIRD BANK  1850 EAST PARIS- MDB ROPS05 GRAND RAPIDS MI 49546 | 12/15/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $6,411.02 | $6,411.02 | $0.00 | $0.00 | $0.00 | $6,411.02 |
| 9 | RECOVERY MANAGEMENT SYSTEMS CORPORATION For Capital Recovery II LLC As Assignee of GE Capital - Meijer 25 SE 2nd Avenue Suite 1120 Miami FL 33131 | 12/16/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,796.79 | $1,796.79 | $0.00 | $0.00 | $0.00 | $1,796.79 |
| 10 | CONSUMERS ENERGY COMPANY Attn: Michael G. Wilson One Energy Plaza - EP11-451 Jackson MI 49201 | 12/16/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $693.76 | $693.76 | $0.00 | $0.00 | $0.00 | $693.76 |
| 11 | LAKE MICHIGAN CREDIT UNION PO BOX 2848 Grand Rapids MI 49501 | 12/17/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $5,692.64 | $5,692.64 | $0.00 | $0.00 | $0.00 | $5,692.64 |

**Claim Notes:** (11-1) 16193184

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | LOCK, GARY LEE  916 MADISON Grand Haven MI 49417 | 12/16/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,394.15 | $1,394.15 | $0.00 | $0.00 | $0.00 | $1,394.15 |
| 13 | CHASE BANK USA NA  PO BOX 15145 Wilmington DE 198505145 | 12/18/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $6,911.55 | $6,911.55 | $0.00 | $0.00 | $0.00 | $6,911.55 |
| 14 | NEAL'S TRUCK PARTS  C/O MULLER MULLER RICHMOND 161 OTTAWA NW STE 205E Grand Rapids MI 49503 | 12/23/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $7,291.06 | $7,291.06 | $0.00 | $0.00 | $0.00 | $7,291.06 |

CLAIM ANALYSIS REPORT

| Case No. | 08-09141 | | | | | | | Trustee Name: | | Lisa E. Gocha | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | SCULLY, PATRICK BRIAN AND SCULLY, MARY ELLEN | | | | | | | Date: | | 3/30/2010 | |
| Claims Bar Date: | 03/03/2010 | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | INTERNAL REVENUE SERVICE<br><br>Cincinnati OH 459990039 | 01/08/2010 | Claims of Governmental Units-- 507(a)(8) | Allowed | 5800-000 | $0.00 | $21,890.72 | $21,890.72 | $0.00 | $0.00 | $0.00 | $21,890.72 |
| 16 | FOSTER, SWIFT, COLLINS & SMITH, P.C.<br>Attn: Scott Chernich<br>313 S. Washington Square<br>Lansing MI 48933 | 01/12/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $3,796.71 | $3,796.71 | $0.00 | $0.00 | $0.00 | $3,796.71 |
| **Claim Notes:** | (16-1) Attorney Fees | | | | | | | | | | | |
| 17 | MICHIGAN INSURANCE COMPANY<br>C/O ASSURANCE LEGAL GROUP PLLC<br>1760 S TELEGRAPH RD STE 106<br>Bloomfield Hills MI 48302 | 01/12/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,997.83 | $1,997.83 | $0.00 | $0.00 | $0.00 | $1,997.83 |
| **Claim Notes:** | (17-1) Default Judgment | | | | | | | | | | | |
| 18 | MICHIGAN DEPARTMENT OF TREASURY<br>Bankruptcy Unit<br>PO Box 30168<br>Lansing MI 48909 | 01/14/2010 | Claims of Governmental Units-- 507(a)(8) | Allowed | 5800-000 | $0.00 | $94,515.23 | $94,515.23 | $0.00 | $0.00 | $0.00 | $94,515.23 |
| **Claim Notes:** | (18-1) Taxes for Patrick only | | | | | | | | | | | |
| 19 | MICHIGAN DEPARTMENT OF TREASURY<br>Bankruptcy Unit<br>PO Box 30168<br>Lansing MI 48909 | 01/14/2010 | Claims of Governmental Units-- 507(a)(8) | Allowed | 5800-000 | $0.00 | $84,542.66 | $84,542.66 | $0.00 | $0.00 | $0.00 | $84,542.66 |
| **Claim Notes:** | (19-1) Taxes for Mary Ellen only | | | | | | | | | | | |
| 20 | MICHIGAN DEPARTMENT OF TREASURY<br>Bankruptcy Unit<br>PO Box 30168<br>Lansing MI 48909 | 01/14/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $11,200.76 | $11,200.76 | $0.00 | $0.00 | $0.00 | $11,200.76 |
| **Claim Notes:** | (20-1) Taxes for Patrick only | | | | | | | | | | | |

**CLAIM ANALYSIS REPORT**

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Case No. | 08-09141 | | | | | | | Trustee Name: | Lisa E. Gocha | | | |
| Case Name: | SCULLY, PATRICK BRIAN AND SCULLY, MARY ELLEN | | | | | | | Date: | 3/30/2010 | | | |
| Claims Bar Date: | 03/03/2010 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | MICHIGAN DEPARTMENT OF TREASURY Bankruptcy Unit PO Box 30168 Lansing MI 48909 | 01/14/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $9,560.13 | $9,560.13 | $0.00 | $0.00 | $0.00 | $9,560.13 |

**Claim Notes:**    (21-1) Taxes for Mary Ellen only

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 22 | CHASE BANK USA N.A. c/o Creditors Bankruptcy Service PO Box 740933 Dallas TX 75374 | 01/15/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $338.79 | $338.79 | $0.00 | $0.00 | $0.00 | $338.79 |
| 23 | TRANSCORE COMMERCIAL SERVICES PO BOX 8500 #3801 Philadelphia PA 191787618 | 01/15/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,825.81 | $2,825.81 | $0.00 | $0.00 | $0.00 | $2,825.81 |
| 24 | NLPA, D/B/A PACLEASE OF WEST MICHIGAN c/o Foster Swift Collins & Smith, PC 1700 East Beltline, NE, Suite 200 Grand Rapids MI 49525 | 01/21/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $159,878.85 | $159,878.85 | $0.00 | $0.00 | $0.00 | $159,878.85 |

**Claim Notes:**    (24-1) lease trucks

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 | CITIBANK SOUTH DAKOTA NA Exception Payment Processing PO Box 6305 The Lakes NV 889016305 | 02/11/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $13,754.09 | $13,754.09 | $0.00 | $0.00 | $0.00 | $13,754.09 |
| 26 | COMPLETE AUTO GLASS PO BOX 8099 Grand Rapids MI 49518 | 02/11/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,210.93 | $1,210.93 | $0.00 | $0.00 | $0.00 | $1,210.93 |
| 27 | THE HARTFORD FIRE INSURANCE CO PO BOX 958457 Lake Mary FL 32795 | 03/01/2010 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $10,000.00 | $10,000.00 | $0.00 | $0.00 | $0.00 | $10,000.00 |
| | | | | | | | $585,643.18 | $584,719.19 | $0.00 | $0.00 | $0.00 | $584,719.19 |

**CLAIM ANALYSIS REPORT**

Exhibit C

| | |
|---|---|
| **Case No.** | 08-09141 |
| **Case Name:** | SCULLY, PATRICK BRIAN AND SCULLY, MARY ELLEN |
| **Claims Bar Date:** | 03/03/2010 |

| | |
|---|---|
| **Trustee Name:** | Lisa E. Gocha |
| **Date:** | 3/30/2010 |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Claims of Governmental Units-- 507(a)(8) | $201,872.60 | $200,948.61 | $0.00 | $0.00 | $0.00 | $200,948.61 |
| General Unsecured 726(a)(2) | $378,890.42 | $378,890.42 | $0.00 | $0.00 | $0.00 | $378,890.42 |
| Real Estate-Consensual Liens (mortgages, deeds of trust, PMSI) | $3,474.82 | $3,474.82 | $0.00 | $0.00 | $0.00 | $3,474.82 |
| Trustee Compensation | $1,405.34 | $1,405.34 | $0.00 | $0.00 | $0.00 | $1,405.34 |

Exhibit D

### TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:      08-09141
Case Name:    PATRICK BRIAN SCULLY
              MARY ELLEN SCULLY
Trustee Name:  Lisa E. Gocha

Claims of secured creditors will be paid as follows: NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee, Lisa E. Gocha | $1,405.34 | $0.00 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $200,948.61 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 15 | INTERNAL REVENUE SERVICE | $21,890.72 | $559.92 |
| 18 | Michigan Department of Treasury | $94,515.23 | $2,417.51 |
| 19 | Michigan Department of Treasury | $84,542.66 | $2,162.43 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $378,890.42 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0%.

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Proposed Amount |
|---|---|---|---|
| 2 | Yellow Book USA | $1,117.22 | $0.00 |

| 3 | Comdata Network Inc | $3,100.08 | $0.00 |
|---|---|---|---|
| 6 | NAPA AUTO PARTS | $8,467.24 | $0.00 |
| 7 | REFINED MARKETERS, INC. | $121,451.01 | $0.00 |
| 8 | FIFTH THIRD BANK | $6,411.02 | $0.00 |
| 9 | Recovery Management Systems Corporation | $1,796.79 | $0.00 |
| 10 | Consumers Energy Company | $693.76 | $0.00 |
| 11 | LAKE MICHIGAN CREDIT UNION | $5,692.64 | $0.00 |
| 12 | LOCK, GARY LEE | $1,394.15 | $0.00 |
| 13 | Chase Bank USA NA | $6,911.55 | $0.00 |
| 14 | NEAL'S TRUCK PARTS | $7,291.06 | $0.00 |
| 16 | Foster, Swift, Collins & Smith, P.C. | $3,796.71 | $0.00 |
| 17 | MICHIGAN INSURANCE COMPANY | $1,997.83 | $0.00 |
| 20 | Michigan Department of Treasury | $11,200.76 | $0.00 |
| 21 | Michigan Department of Treasury | $9,560.13 | $0.00 |
| 22 | Chase Bank USA N.A. | $338.79 | $0.00 |
| 23 | TRANSCORE COMMERCIAL SERVICES | $2,825.81 | $0.00 |
| 24 | NLPA, d/b/a PacLease of West Michigan | $159,878.85 | $0.00 |
| 25 | Citibank South Dakota NA | $13,754.09 | $0.00 |
| 26 | COMPLETE AUTO GLASS | $1,210.93 | $0.00 |
| 27 | THE HARTFORD FIRE INSURANCE CO | $10,000.00 | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0%.

Tardily filed general (unsecured) claims are as follows: NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0%.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $0.00.